# UNITED STATES DISTRICT COURT
for the
District of Columbia

| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>the person of EDER LUCIANO<br>PACHECO, H/M, DOB: 10/03/1986,<br>PDID: 756-721 | ) ) ) ) ) ) | Case No. 22-SW-164 |
|---|---|---|

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

EDER LUCIANO PACHECO, Hispanic/Male, DOB: 10/03/1986, PDID: 756-721, who is presently at. D.C. Jail located in the _____ District of _____ Columbia _____, there is now concealed *(identify the person or describe the property to be seized)*:

a saliva sample from the defendant's mouth.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841 (b)(1)(D) | unlawfully, knowingly and intentional did possess with intent to distribute mixture and substance containing a detectable amount of marijuana. |
| 18 U.S.C. § 924(c)(1)(A) | unlawfull and knowingly use, and carry during and in relation to, and possess in futherance of a drug trafficking offense, a firearm that is, a Springfield Armory XD-9, 9mm semi-automatic handgun, and a Taurus G2S, 9mm semi-automatic handgun. |

The application is based on these facts:
see attached Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Det. Christopher Smith, DEA TFO, Badge # D2-1650
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ telephone _____ *(specify reliable electronic means)*.

Date: 06/07/2022

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means       ☐ Original       ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) Case No. 22-SW-164 |
| EDER LUCIANO PACHECO, H/M, DOB: 10/03/1986, PDID: 756-721 | ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _Columbia_
*(identify the person or describe the property to be searched and give its location)*:

EDER LUCIANO PACHECO Hispanic/Male,  DOB: 10/03/1986, PDID: 756-721, who is presently at. D.C. Jail

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

a saliva sample from the defendant's mouth.

**YOU ARE COMMANDED** to execute this warrant on or before   June 22, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Zia M. Faruqui  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   06/07/2022 00:00                              _____
                                                                                                 *Judge's signature*

City and state:   Washington, D.C.                                      Zia M. Faruqui, United States Magistrate Judge
                                                                                                 *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-SW-164 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

　　　I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT FOR THE CHEEK CELLS/SALIVA (BUCCAL SWAB) OF EDER LUCIANO PACHECO, H/M, DOB: 10/03/1986, PURSUANT TO RULE 41 | :<br>:   22-sw-164<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Christopher Smith, being duly sworn, hereby depose, and state as follows:

### INTRODUCTION

1. I am Christopher Smith, a detective with the Metropolitan Police Department, but also a Task Force Officer with the Drug Enforcement Administration.

2. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Specifically, I am a Detective grade 2 with the Metropolitan Police Department assigned to the Violent Crime Suppression Division in Washington, D.C. Currently I am detailed to the Drug Enforcement Administration as a Task Force Officer with group 31. I have been a member of law enforcement for over eighteen years. Since joining MPD, I have participated in the arrest of over 700 individuals for the violation of the District of Columbia and Federal drug laws along with numerous firearm related offenses. I am also familiar with the fact that each person has a unique DNA composition. DNA isolated from blood, hair, skin

cells, or other genetic evidence left at the scene of a crime or left on evidence of a crime can be compared with the DNA of an individual to identify an individual as a potential suspect, or exclude an individual as a potential suspect.

3. The facts and information contained in this affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations of other agents and police officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of this warrant.

4. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the facts to show there is probable cause to believe that evidence of the offenses of Possession with Intent to Distribute Marijuana (100 kilograms or more), 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii) and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1) (the "TARGET OFFENSES"), will be located on the cheek cells/saliva (buccal swabs[1]) of EDER LUCIANO PACHECO, Hispanic Male, Date of Birth October 3, 1986, (hereinafter, "PACHECO").

**PROBABLE CAUSE**

---

[1] As the Supreme Court has recognized, a "buccal swab" is a "common procedure" that involves "wiping a small piece of filter paper or a cotton swab similar to a Q-tip against the inside cheek of an individual's mouth to collect some skin cells." Maryland v. King, 133 S. Ct. 1958, 1967-68. This procedure is "quick and painless" and poses "no threat to the health or safety" of a defendant. Id. at 1968.

On May 28, 2022, officers with MPD had responded to 222 M Street S.W., Washington, D.C., for a report of an unlawful entry. Specifically, police had learned that an apartment at the Valo Apartments, which should have been unoccupied and vacant, appeared to be occupied. The apartment manager, who heard shushing sounds inside, permitted law enforcement to enter the apartment; when law enforcement entered the apartment, they encountered the defendant, in his boxer shorts, in the hallway. Officers immediately observed significant quantities of marijuana, to include over six hundred pounds of marijuana (equivalent to over 270 + kilograms).

In addition, law enforcement observed – in the bedroom where the defendant had just exited – a black firearm, XD-9 Springfield Armory semi-automatic firearm. The firearm was equipped with an extended magazine and had one round chambered, as well as an additional 13 rounds in the 16-round magazine. When asked if there were any additional guns in the residence, the defendant responded that there was another firearm in a cabinet above the refrigerator in the kitchen, a Taurus handgun. Within the bedroom where the first firearm was found, law enforcement found the defendant's wallet and ID card. Finally, law enforcement recovered a bevy of paraphernalia, to include a vacuum sealer, $447 in U.S. currency, and a cell phone. In an on-scene interview, as translated from Spanish, the defendant claimed to have traveled from Dallas to Washington, D.C., to visit a friend(s) at the apartment and was drinking and did not observe the marijuana in the apartment, alleging to not remember the circumstances of being in the apartment. He suggested that his friends might have been playing a practical joke on him. There was evidence of alcohol within the residence.

### Testing of Potential DNA Evidence Related to the Firearms

5. The swabs of the physical evidence in this case are currently stored in the District of Columbia. The government now seeks to obtain a buccal swab, i.e., a swab of the inner cheek containing saliva and cheek cells, from PACHECO to compare his DNA to any interpretable/usable

3

DNA profile found on this physical evidence. A match between, inclusion of, or exclusion of PACHECO's DNA and DNA on the evidence would make a fact of consequence (e.g., the identity of the perpetrator) more or less probable.

## **CONCLUSION**

6. Based upon these facts, there is probable cause to believe that buccal swabs taken from PACHECO may contain evidence that connects PACHECO to (or excludes PACHECO from) possessing the firearm recovered in this investigation that would constitute evidence of the TARGET OFFENSES.

_____
CHRISTOPHER SMITH, DETECTIVE / TASK FORCE OFFICER
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 7, 2022.*

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge