AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 22-SW-164
the person of EDER LUCIANO )
PACHECO, H/M, DOB: 10/03/1986, )
PDID: 756-721 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

EDER LUCIANO PACHECO, Hispanic/Male, DOB: 10/03/1986, PDID: 756-721, who is presently at. D.C. Jail located in the _____ District of _____Columbia_____, there is now concealed *(identify the person or describe the property to be seized)*:

a saliva sample from the defendant's mouth.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 841 (b)(1)(D) | unlawfully, knowingly and intentional did possess with intent to distribute mixture and substance containing a detectable amount of marijuana. |
| 18 U.S.C. § 924(c)(1)(A) | unlawfull and knowingly use, and carry during and in relation to, and possess in futherance of a drug trafficking offense, a firearm that is, a Springfield Armory XD-9, 9mm semi-automatic handgun, and a Taurus G2S, 9mm semi-automatic handgun. |

The application is based on these facts:
see attached Affidavit

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Det. Christopher Smith, DEA TFO, Badge # D2-1650
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: 06/07/2022

City and state: Washington, D.C.

Zia M. Faruqui
2022.06.07 22:00:17 -04'00'
*Judge's signature*

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>EDER LUCIANO PACHECO, H/M,<br>DOB: 10/03/1986, PDID: 756-721 | )<br>)<br>) Case No. 22-SW-164<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Columbia
*(identify the person or describe the property to be searched and give its location)*:

EDER LUCIANO PACHECO Hispanic/Male, DOB: 10/03/1986, PDID: 756-721, who is presently at. D.C. Jail

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

a saliva sample from the defendant's mouth.

**YOU ARE COMMANDED** to execute this warrant on or before      June 22, 2022      *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Zia M. Faruqui     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  06/07/2022 00:00                    Zia M. Faruqui
                                                          2022.06.07 22:00:48 -04'00'
                                                          *Judge's signature*

City and state:   Washington, D.C.                 Zia M. Faruqui, United States Magistrate Judge
                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 22-SW-164 | Date and time warrant executed: June 15, 2022 @ 10:08 AM | Copy of warrant and inventory left with: Eder Pacheco |

Inventory made in the presence of:
DOC Inv E. Myronuk, SA G. Giska

Inventory of the property taken and name(s) of any person(s) seized:

1x Buccal swab from inside of mouth.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: June 15, 2022

*Executing officer's signature*

SA Geoff Giska
*Printed name and title*